**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6531**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRADLEY DEAN BIDGOOD, a/k/a Brad,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge. (CR-95-32)

Submitted:  June 13, 2002          Decided:  June 19, 2002

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bradley Dean Bidgood, Appellant Pro Se.  Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bradley Dean Bidgood appeals the district court's margin order denying his motion to modify his sentence. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Bidgood, No. CR-95-32 (E.D.N.C. Feb. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED